UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :

MAX WYGOD, as Trustee of the Administrative Trust    :
under the Wygod Family Revocable Living Trust,

                                     Plaintiff,      :

                                            :        26 Civ. 2766 (JPC)

        -v-                                 :

                                            :          ORDER

ADLOOP MEDIA, INC. and JOSHUA SEGAL,       :

                              Defendants.    :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 20, 2026, Plaintiff Max Wygod filed Affidavits of Service reflecting that Defendants Adloop Media, Inc. and Joshua Segal were served with the Summons and Complaint, among other filings, on April 6, 2026. Dkts. 10, 11. Defendants' deadline to respond to the Complaint was therefore April 27, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until four weeks from the date of this Order.

Plaintiff should serve this Order on Defendants by personally delivering it to, and leaving it with a person of suitable age and discretion at, Defendants' dwelling or principal place of business. Plaintiff should file proof of such service no later than two weeks from the date of this Order.

      SO ORDERED.

Dated: April 29, 2026
      New York, New York                                       JOHN P. CRONAN
                                                 United States District Judge